**CIRCUIT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY**
8 Church Circle
Annapolis, Maryland 21401

Main: 410-222-1397
Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**Case Number: C-02-CV-16-000870**

**To:** THE TILE SHOP, LLC
SERVE ON THE CORPORATION TRUST INCORPORATED
351 W CAMDEN STREET
BALTIMORE MD 21201

**KRISTEN PARRISH VS. THE TILE SHOP, LLC, ET AL.**

Issue Date: 3/14/2016

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Kristen L Parrish

This summons is effective for service only if served within 60 days after the date it is issued.

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland.

Robert P Duckworth
Robert P. Duckworth
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

To the person serving process:
Return of service shall be made promptly and in accordance with Rule 2-126.

TRUE COPY,
TEST: Robert P. Duckworth, Clerk
By: ______________ Deputy